**No. 11-6190. Ryan Hammontree, Petitioner v. Florida.**

565 U.S. 1016, 132 S. Ct. 552, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 8043.

November 7, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 54 So. 3d 492.

**No. 11-6193. Richard Harris, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center, et al.**

565 U.S. 1016, 132 S. Ct. 552, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 7973.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6196. Xavier A. Collins, Petitioner v. Anthony Hedgpeth, Warden.**

565 U.S. 1016, 132 S. Ct. 552, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 7934.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6200. F. J., Petitioner v. Florida Department of Children and Families.**

565 U.S. 1016, 132 S. Ct. 553, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 8058,

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 60 So. 3d 386.

**No. 11-6208. Patrick McPherron, Petitioner v. Florida Unemployment Appeals Commission.**

565 U.S. 1016, 132 S. Ct. 553, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 7986.

November 7, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 77 So. 3d 1260.

**No. 11-6209. Thomas Kemp, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 1016, 132 S. Ct. 553, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 8019.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 638 F.3d 1245.

**No. 11-6218. James D. Lawson, Petitioner v. Eddie Sword, et al.**

565 U.S. 1016, 132 S. Ct. 554, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 7968,

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.